CHAS. ELY v. STATE.
No. A-1412.
Appeal dismissed, orally, January 20, 1912.

---

W. T. CRABTREE v. STATE.
No. A-1438.
Appeal dismissed, orally, January 20, 1912.

---

J. P. SIMMONS v. STATE.
No. A-1448.
Appeal dismissed, orally, January 20, 1912.

---

W. W. LINTON v. STATE.
No. A-1113. Opinion Filed January 23, 1912.
Appeal from Stephens County Court; W. H. Admire, Judge.
Womack & Brown, for appellant.
Smith C. Matson, Asst. Atty. Gen., for the State.
PER CURIAM. We find no material error in the record and the verdict is amply sustained by the testimony. The judgment of the lower court is therefore affirmed.

---

BEN SINDERSON v. STATE.
No. A-976. Opinion Filed January 23, 1912.
Appeal from Garfield County Court; James B. Cullison, Judge.
Ben Sinderson was convicted of violating the prohibitory law, and appeals. Reversed and remanded.
Geo. L. Rush, for plaintiff in error.
Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.
PER CURIAM. Plaintiff in error, Ben Sinderson, was convicted in the county court of Garfield county on the 19th day of September, 1910, on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and on the 23rd day thereafter was adjudged by the court in accordance with the verdict of the jury to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days. The proof in this case shows possession, but there is no proof of intent to sell as contemplated by the statute. There is no proof of payment of the special revenue tax as provided by law, or of any other competent fact upon which to base the conviction. The judgment is reversed and the cause remanded for a new trial.